

**NUMBER 13-09-00621-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**TEXAS A & M UNIVERSITY CORPUS CHRISTI,**        **Appellant,**

**v.**

**JOHN SECORD,**        **Appellee.**

---

**On Appeal from the County Court at Law No. 2
of Nueces County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the County Court at Law

No. 2 of Nueces County, Texas, in cause number 08-61432-2. Appellant has filed an

unopposed motion to dismiss the appeal on grounds that the parties have reached an

agreement that renders this appeal moot. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed
the 29th day of December, 2009.